# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
PROBATION OFFICE

January 26, 2015

**SCOTT M. MORSE, SR.**

CHIEF PROBATION OFFICER
Thomas S. Foley
United States Courthouse
920 W Riverside, Room 540
PO BOX 306
SPOKANE, WA  99210-0306
(509) 742-6300 / fax (509) 742-6339

**BRANCH OFFICES**

FEDERAL BUILDING
25 S. 3rd Street, Room 326
PO BOX 1791
YAKIMA, WA  98907-1791
(509) 574-5535 / fax (509) 574-5539

FEDERAL BUILDING
825 Jadwin Ave, Suite 170
RICHLAND, WA  99352-0446
(509) 943-8130 / fax (509) 943-8139

REPLY TO   Spokane

The Honorable Rosanna Malouf Peterson
Chief U.S. District Court Judge
Thomas S. Foley U.S. Courthouse
920 West Riverside
Spokane, WA 99210

                                            **RE:** Murdock, Casey Edward
                                            **Docket No.:** 2:13CR00174-RMP-1
                                            **Status Report**

Your Honor:

On December 15, 2014, Casey Edward Murdock appeared before the Court for the purposes of sentencing after he previously pled guilty to distribution of child pornography.  Mr. Murdock was sentenced to serve 60 months of imprisonment followed by a lifetime term of supervised release.  The Court allowed Mr. Murdock to remain out of custody under the previously-imposed conditions of release and ordered him to self-surrender to the Bureau of Prisons as instructed.

Mr. Murdock is scheduled to self-surrender to the federal correctional institution in Lompoc, California, on January 28, 2015, by noon.  He intends to travel by airplane to Lompoc, California, on January 27, 2015, with his parents, Dan and Cindy Murdock.

As a condition of his release, Mr. Murdock has been subjected to location monitoring with a curfew.  Mr. Murdock has remained in full compliance with his release conditions throughout his period of supervision.  This officer respectfully request the Court modify Mr. Murdock's location monitoring requirement to allow the U.S. Probation Office to remove his location monitoring equipment on January 27, 2015, to allow him to travel to Lompoc, California, to self-surrender for his sentence.

January 26, 2015
Page 2

Should the Court have any further questions, please contact the undersigned officer.

                                                   Sincerely,

                                                   s/Erik Carlson

                                                   Erik Carlson
                                                   U.S. Probation Officer

EC: jf

THE COURT ORDERS

[ ]    No Action
[ X]   The Modification of Condition as Noted Above
[ ]    Other

                                                         *Signature of Judicial Officer*

                                                              1/26/2015

                                                               Date